IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**VERTIS WINDOM,**

    **Plaintiff,**

v.                                     Civil Action No.: 2:19-cv-02723-SHL-tmp

**THE GREAT AMERICAN HOME STORE, INC.,**

    **Defendant.**

## CORPORATE DISCLOSURE STATEMENT

Defendant, The Great American Home Store, Inc., by and through counsel, in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosure: The Great American Home Store, Inc. has no parent company nor does any publicly held corporation own 10% or more of its stock.

THIS the 10th day of January, 2020.          Respectfully submitted,

                                                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

                                                   */s/ M. Kimberly Hodges*
                                                   M. Kimberly Hodges (TN Bar No. 20809)
                                                   Jacob D. Strawn (TN Bar No. 35343)
                                                   6410 Poplar Avenue, Suite 300
                                                   Memphis, Tennessee 38119
                                                   Telephone:  901.767.6160
                                                   Facsimile:  901.767.7411
                                                   kim.hodges@ogletree.com
                                                   jake.strawn@ogletree.com

                                                   ***ATTORNEYS FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following counsel of record:

> Dan M. Norwood (5926)
> NORWOOD & ATCHLEY
> 254 Court Avenue, Suite 212
> Memphis, TN 38103
> dannorwood@nhalaw.com

On this the 10th day of January, 2020.

                                                             s/ *M. Kimberly Hodges*
                                                             M. Kimberly Hodges
                                                             Counsel for Defendant