**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **VERTIS WINDOM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 2:19-cv-02723-SHM-tmp** |
| ) | |
| **THE GREAT AMERICAN HOME** ) | |
| **STORE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**SIXTH AMENDED SCHEDULING ORDER**

Pursuant to written notice, a status conference was held on December 12, 2022. Participating on behalf of the plaintiff was Dan M. Norwood.  Participating on behalf of the defendant was Melissa K. Hodges.  The following amended schedules and deadlines were established:

**COMPLETING ALL DISCOVERY**: February 28, 2023

**FILING DISPOSITIVE MOTIONS**: March 28, 2023

A **JURY TRIAL** is set **MONDAY, JUNE 26, 2023 at 9:30 A.M.** and is estimated to take three (3) days.

A **PRETRIAL CONFERENCE** is set **FRIDAY, JUNE 16, 2023 at 10:00 A.M.**

The parties shall submit a joint proposed pretrial order no later than **JUNE 9, 2023.**

Absent good cause, the scheduling dates set by this order will not be modified or extended. The parties should conduct in-depth discovery consultations prior to filing any and all discovery motions.  All motions, with the exception of motions to dismiss or motions for summary judgment must be accompanied by a certificate of counsel verifying that the parties have been unable to

resolve the dispute.  The proposed joint pretrial order should include any stipulated facts, contested issues of fact and law, list of witnesses and exhibits, and should be signed by the attorneys for all parties.

If a jury trial has been requested, the parties should submit proposed jury instructions to the court *at the pretrial conference*.  Failure to present the proposed instructions may be deemed a waiver with regard to presentation at a later date.  If the action is to be tried by the judge, the parties will be required to submit proposed findings of fact and conclusions of law in place of the proposed jury instructions.

SO ORDERED this 12th  day of December, 2022.


 **s/ Samuel H. Mays, Jr.** 
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE