**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(713) 421-9200* |

## NOTICE OF SETTING
### Before Judge Samuel H. Mays, Jr., United States District Judge

May 31, 2023

RE:   **2:19-cv-2723-SHM**
         **Vertis Windom v. The Great American Home Store**

Dear Sir/Madam:

A **TELEPHONIC STATUS CONFERENCE** has been **SET** for **MONDAY, JUNE 5, 2023** at **2:00 P.M. (CST)**  before United States District Judge Samuel H. Mays, Jr.

Counsel who wish to participate in the conference should call in to the following conference line:

Call # <u>1-877-848-7030</u>
Access Code: <u>5600724</u>

If you have any questions, please contact me by e-mail or at the number provided below, or contact Ms. Daphne Rankin at (901) 495-1283.

Sincerely,
WENDY R. OLIVER, CLERK

BY:     s/Bradley T. Gilmartin
          Courtroom Deputy
          901-495-1244
          bradley_gilmartin@tnwd.uscourts.gov